**22  CV  850 - JLS**

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED

NOV  7 2022

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff** must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Felissa Ann DAVIS

-vs-

**B.     Full Name(s) of Defendant(s) NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Niagara Falls Police Dept.          4. _____
2. _____                 5. _____
3. _____                 6. _____

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A.  Basis of Jurisdiction in Federal Court: Within Buffalo meks Office

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B.  Reason for Venue in the Western District: Requesting compensation over $100,000

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C.  Nature of Suit: Civil Rights violation

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _Felissa Davis_

Present Address: _2936 4t Street_

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: _Niagara Falls Police Dept._

Official Position of Defendant (if relevant): _____

Address of Defendant: _Main Street_

Name of Second Defendant: _Capt. Legamorre_

Official Position of Defendant (if relevant): _____

Address of Defendant: _Main Street, Niagara Falls, NY_

Name of Third Defendant: _Patrolman C._

Official Position of Defendant (if relevant): _____

Address of Defendant: _Main Street_

## 4.) PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.** Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes ☑   No ☐

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit
   Plaintiff(s): _Felissa Davis_



Defendant(s):_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____*Senatia*_____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

      Is it still pending?  Yes ☒   No ☐

         If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

    ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

    ☐ plaintiff

    ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _____7/20/2022_____,

defendant (*give the name and (if relevant) the position held of each defendant involved in this incident*) _____

*Niagara Falls Police Failed to Complete Investigation, Falsified Documents.*

3

did the following to me (*briefly state what each defendant named above did*): _____

_Pistol Man falsified documents_
_Failed to properly investigate_
_Evidence has queer, audrey Coplair_
_Rigaman, Could not Confirm if they_
_Still had evidence Or who to made an_
_arrest at_

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_Collect Compensatory damages_

**B. SECOND CLAIM:** On (*date of the incident*) ___Back in August 2016___,

defendant (*give the <u>name and (if relevant) position held</u> of <u>each defendant</u> involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _They failed to_
_make an arrest to Timothy Shaenesy._
_Since then has dudly a "Vendetta" type_
_of vigilantism towards this writer._

The federal basis for this claim is: __Under your jurisdiction__

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_Seek damages from Niagara Falls Police_
_Department._

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Requesting monetary damages in the amount of 1 million dollars.

Do you want a **jury trial**? Yes ☑ No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___11/7/2022___
          (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5

11/7/2022

Third Claim —

Since 2016, I have been harassed, stalked, followed, internet hacked, my security system compromised and suffered all types of discrimination and harassment due to this and attempting to get justice.

I attribute all these actions related to this incident. Niagara Falls police has enacted several types of racism, white supremacy tactics and used organized crime tactics to deter, intimidate. They have involved any agency I contact for services, assisted, delay or delay services.

They have compromised my phone services by carriers, impersonating law enforcement officials. I that almost 2 years, they beat or constructing compused with rentals B.O.C., to my residence and pretended that 1/2 of the units had a leak on the roof. But what was odd they were taken measurements often my window to the outside steps, while I was in the unit taking more measurements. It dont add-up. Until I noticed they had been compromised including apps. At times its not all! my sensors.

They have destroyed... interfered with all aspects of my life. I can not call for help because calls are diverted, or answered by those who seem to chosen cruelly about the problem.

Thus, when I finally speak to someone using a random phone the... will report no contact or different reason for phone contact.

I even believe they have impersonated law enforcement officers.

I want justice - no matter how crazy this might seem.

Thanking you in Advance.

I have included picture of defendant for 9/20/22 and receipts

* The other issue is. Sears is not aware of this ID factory thing.

What happens is because they are monitoring my phone and conduct, mail. More than likely they intercepted the call and sent there own people.

②

These tortes are similar when they impersonated National Grid and claimed I had a gas leak. When I contacted National Grid months later there was no information about the entry the home from the bogus report of a leak. I provided the court previously with this information.

Thank you Judge Wolford.

③

**New York State INCIDENT REPORT**

| 1. Agency | 2. Division/Precinct | 3. ORI | 4. ☒ Orig ☐ Supp | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| NIAGARA FALLS POLICE DEPARTME | NFPD | NY NY0310200 | | NF-04719-22 | NF-00028351-22 |

| 7. Report Day | 8. Date | | | 9. Report Time | Occurred On/From: | 10. Day | 11. Date | | | 12. Time | Occurred To: | 13. Day | 14. Date | | | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | 07 | 30 | 2022 | 1439 | | Thu | 07 | 28 | 2022 | 0800 | | Sat | 07 | 30 | 2022 | 1336 |

**INCIDENT**

| 16. Incident Type | 17. Business Name | 18. Weapon(s) | A. - |
|---|---|---|---|
| INVESTIGATION | | | |

| 19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.) | 20. City, State, Zip ( ☒ C ☐ T ☐ V ) | 21. Location Code | B. - |
|---|---|---|---|
| 2936 9TH ST | NIAGARA FALLS, NY, 14303 | 3202 | |

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | 23. No. of Victims | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | 0 | C. - |
| 2 | | | | | | | | | | 24. No. of Suspects | D. - |
| 3 | | | | | | | | | | 0 | |

**ASSOCIATED PERSONS**

25. Person Type: CO = Complainant   OT = Other   PI = Person Interviewed   PR = Person Reporting   WI = Witness   NI = Not Interviewed   VI = Victim   26. Victim also complainant ☐ Y ☐ N

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO., STREET NAME, BLDG. NO., APT. NO., CITY, STATE, ZIP | TELEPHONE NO. | |
|---|---|---|---|---|---|
| CA | DAVIS, FELISSA, ANN | 05/03/1972 | 2936 9TH STREET, NIAGARA FALLS, NY 14301 | (716)-578-4412 | E. - |
| | | | | RESIDENCE | F. - |
| | | | | BUSINESS | |
| | | | | RESIDENCE | G. - |
| | | | | BUSINESS | |
| | | | | RESIDENCE | H. - |
| | | | | BUSINESS | I. 4 |
| | | | | RESIDENCE | |

**VICTIM**

| 27. Date of Birth | 28. Age | 29. Sex ☐ M ☐ F ☐ U | 30. Race ☐ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | 31. Ethnic ☐ Hispanic ☐ Unk. ☐ Non-Hispanic | 32. Handicap ☐ Yes ☐ No | 33. Residence Status ☐ Resident ☐ Tourist ☐ Commuter ☐ Military | ☐ Temp. Res.- Foreign Nat. ☐ Student ☐ Other ☐ Homeless ☐ Unk. | J. - |
|---|---|---|---|---|---|---|---|---|

| 34. Victim DID receive information on Victim's Rights and Services pursuant to New York State Law ☐ YES ☐ NO | K. 4 |
|---|---|

**MISSING/ARRESTED PERSON / SUSPECT**

| 35. Type/No. Arrest Subject | 36. Name (Last, First, Middle) | 37. Alias/Nickname/Maiden Name (Last, First, Middle) | 38. Apparent Condition ☐ Impaired Drugs ☐ Mental Dis ☐ Unk. ☐ Impaired Alco ☐ Inj / Ill ☐ App Norm | L. - |
|---|---|---|---|---|

| 39. Address (Street No., Street Name, Bldg. No., Apt. No., City, State, Zip)) | 40. Phone No. | ☐ Cell ☐ Home ☐ Work | 41. Social Security No. | M. - |
|---|---|---|---|---|

| 42. Date of Birth | 43. Age | 44. Sex ☐ M ☐ F ☐ U | 45. Race ☐ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | 46. Ethnic ☐ Hispanic ☐ Unk. ☐ Non-Hispanic | 47. Skin ☐ Light ☐ Dark ☐ Unk. ☐ Medium | 48. Occupation | N. 77 |
|---|---|---|---|---|---|---|---|

| 49. Height | 50. Weight | 51. Hair | 52. Eyes | 53. Glasses ☐ Yes ☐ Contacts ☐ No | 54. Build ☐ Small ☐ Large ☐ Medium | 55. Employer/School | 56. Address | |
|---|---|---|---|---|---|---|---|---|

| 57. Scars/Marks/Tattoos (Describe) | 58. Misc. | | X |
|---|---|---|---|

**PROPERTY**

| 59. Victim or Suspect No. | Property Status TABLE S | Property Type TABLE T | Quantity/Measure TABLE U | Make or Drug Type TABLE V | Model | Serial No. | Description | Value | X |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X |
| | | | | | | | | | X |

**VEHICLE**

| 60. Vehicle Status TABLE W | 61. License Plate No. | Full ☐ Partial ☐ | 62. State | 63. Exp. Yr. | 64. Plate Type | 65. Value | | X |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | X |

| 66. Veh. Yr. | 67. Make | 68. Model | 69. Style | 70. VIN. | X |
|---|---|---|---|---|---|

| 71. Color(s) | 72. Towed By: To: | 73. Vehicle Notes | X |
|---|---|---|---|

**NARRATIVE**

74.   07/30/2022 14:41 -- CICCARELLI, PATRICK (18546) --

    On the above date and time while assigned to car 49 this officer was dispatched to the above location for an investigation. Felissa Davis states on 7/28/22 a man by the name of "Kevin" arrived at her home to look at her broken washing machine. Felissa states she called Sears because she believes the water pump to her washing machine was broken. She claims the tech on the phone told her that is approx. a $300.00 job. She also states she Googled it and Google also informed her it was approx. a $300.00 fix. However, when

| X |
|---|
| X |
| X |
| X |
| X |
| X |
| X |
| TOOL |

**ADMINISTRATIVE**

| 75. Inquiries (Check all that apply) ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 76. NYSPIN Message No. | 77. Complainant Signature | B Use cover sheet | 85. |
|---|---|---|---|---|

| 78. Reporting Officer Signature (Include Rank) *PattCic* PATRICK CICCARELLI | 79. ID No. Shield: 18546 | 80. Supervisor's Signature (Include Rank) | 81. ID No. | 1 Page of 2 Pages |
|---|---|---|---|---|

| 82. Status ☒ Open ☐ Closed (If Closed, check box below) ☐ Unfounded ☐ Victim Refused to Coop. ☐ Arrest ☐ Pros Declined ☐ Warrant Advised ☐ CBI ☐ Juv. - No Custody ☐ Arrest - Juv ☐ Offender Dead ☐ Extrad. Declin ☐ Unk. | 83. Status Date | 84. Notified/TOT | |
|---|---|---|---|

DCJS-3205 (11/06)   *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

Printed: 10/19/2022

IMPACT POLICE AGENCY

**INCIDENT REPORT (continue page)**

Page 2 of 2

INCIDENT No. : NF-04719-22

BLOTTER/CC No. : NF-00028351-22

## ADDITIONAL NARRATIVE(s)

"Kevin" arrived he quoted her at $645.25. Felissa thought that was suspicious and claims when she asked "Kevin" why it was so much higher than what they told her on the phone "Kevin" got nervous and stated he wasn't going to charge her. Felissa states she signed the estimate, but denied it, and the male left.

Felissa then noticed her credit card was charged $127.39. When she called Sears to ask why she states they told her that is the fee to come out and see the problem and give a quote on the work. This made her believe that it was a scam. She then asked about "Kevin", this is when she claims that Sears informed her that they don't know any repair man by that name. She believes that "Kevin" gave her a high quote on purpose so that she would deny the service so they could charge her the fee to come look at her washing machine.

Felissa did give me copies of the quotes. I then asked for a bank statement to which she stated "I can get that but it shouldn't matter." She then started to get agitated with this officer claiming the Police are conspiring against her.

## ADDITIONAL PERSONS INVOLVED

ame:                          Address:

ome Phone:                    Bus. Phone:                    Cell Phone:

DB. :                Age:              Sex:           Race:                    Type:

## SIGNATURE(s)

REPORTING OFFICER *Pat*

From: **Sears Home Services** no-reply@shs.com
Subject: **Your declined estimate from service order 44380710**
Date: **Jul 28, 2022 at 2:04:39 PM**
To: fefenigeleema@icloud.com

**sears** HOME SERVICES                     Get appointment support

---

In support of CDC Contact Tracing, if someone in your household develops a confirmed case of **COVID-19** within the next 14 days, please make us aware by calling us at 800-469-9443.



## Trusted for generations
Proudly serving your neighborhood

### DECLINED SEARS SERVICE ESTIMATE #44380710

| | |
|---|---|
| Service date: | Service Order Number: |
| 7/28/2022 | 44380710 |
| Brand & Product: | Service Unit Number: |
| FRIGIDAIRE FRONT LOAD WASH 2YR | 0007670 |

### COST INFORMATION

**PARTS**

| | |
|---|---|
| Part Name | Water Pump |
| Status | |
| Quantity | 1 |
| Cost | $178.50 |
| | |
| Parts Cost | $0.00 |
| Tax (State) | $0.00 |
| Coupon | $0.00 |
| | |
| **Total Parts Cost** | **$0.00** |

**LABOR**

| | |
|---|---|
| Labor Cost | $117.95 |
| Diagnostic Fee | Waived |
| Coupon | $0.00 |
| Tax on Labor (state) | $9.44 |
| | |
| **Total Labor** | **$127.39** |

**TOTALS**

| | |
|---|---|
| Part Total | $0.00 |
| Labor Total | $127.39 |
| **Grand total** | **$127.39** |

**PAYMENTS**

From: **Sears Home Services** no-reply@shs.com
Subject: **Your declined estimate from service order 44380710**
Date: Jul 28, 2022 at 2:04:27 PM
To: fefenigeleema@icloud.com

**sears** 🏠 **HOME SERVICES**                    Get appointment support

---

In support of CDC Contact Tracing, if someone in your household develops a
confirmed case of **COVID-19** within the next 14 days, please make us aware
by calling us at <u>800-469-9443</u>.

## Trusted for generations
Proudly serving your neighborhood



## DECLINED SEARS SERVICE ESTIMATE #<u>44380710</u>

Service date:                         Service Order Number:
7/28/2022                             44380710

Brand & Product:                      Service Unit Number:
FRIGIDAIRE FRONT LOAD                 0007670
WASH 2YR

**COST INFORMATION**

**PARTS**

Part Name                                          Water Pump
Status
Quantity                                                      1
Cost                                                   $178.50

Parts Cost                                             $178.50
Tax (State)                                             $14.28
Coupon                                                   $0.00

**Total Parts Cost**                                   $192.78

**LABOR**
Labor Cost                                             $418.95
Diagnostic Fee                                          Waived
Coupon                                                   $0.00
Tax on Labor (state)                                    $33.52

**Total Labor**                                        $452.47

**TOTALS**
Part Total                                             $192.78
Labor Total                                            $452.47

Grand total                                            **$645.25**

**PAYMENTS**

OCT 2 5 2022

| | |
|---|---|
| Pre-Paid Amount | $0.00 |
| Total Amount Collected Today | $0.00 |
| Amount Not Paid | $645.25 |

**APPLIANCE INFORMATION**

| | |
|---|---|
| Merchandise | FRONT LOAD WASH 2YR |
| Brand Name | FRIGIDAIRE |
| Model Number | FAFW3511KR0 |
| Serial Number | 4C01202857 |
| Service Requested | Repair |

OCT 2 5 2022

Uploaded to Ben Emell

**CUSTOMER INFORMATION**

FELISSA DAVID
2936 9TH ST
NIAGARA FALLS NY 14305
7165784412
FEFENIGELEEMA@ICLOUD.COM

**TECHNICIAN INFORMATION**

| | |
|---|---|
| Technician ID | 0007831 |

©2020 Transform SR Brands LLC. 3333 Beverly Road, Hoffman Estates, IL 60179. All Rights Reserved. Privacy Policy | License Info.

Sears Home Services is a TransformCo business. Transformco shall not be held liable for any errors or omissions in pricing. TransformCo reserves the right to make adjustments to pricing and product offerings for reasons including, but not limited to, changing market conditions or product discontinuation or unavailability. "Sears Home Services" is used with the permission of Transform SR Brands LLC.

There are 2 receipts w/ different times on them. This appliance guy gave me a higher quote and then attempted to send another receipt after the bad quote would like my payment reversed immediately









# 800·905·9505
## aefactoryservice.com

repair services and parts
for all major brands

appliances
lawn & garden equipment
electronics

23087



# 00·905·9505
# efactoryservice.com



pair services and parts
all major brands

ppliances
awn & garden equipment
electronics





05·9505

yservice.com

rvices and parts

najor brands





# 800·905·9505
## aefactoryservice.com

repair services and parts
for all major brands

appliances
lawn & garden equipment
electronics

**23087**

<u>Supporting Statement</u>

On or about July 25, 2016, I received rebuttal response from The New York State of Human Rights. Docket #  FELISSA DAVIS V. NIAGARA FALLS MEMORIAL MEDICAL CENTER
NYSDHR CASE NO. 10181234
EEOC CHARGE NO. 16GB602502.

This writer filed charges against my then employer Niagara Falls Memorial Medical Center for attempting violate my Civil Rights.  Timothy Freer, Director of Niagara Falls Memorial requested this writer to come in to work while out on medical leave.  I declined his invitation. Timothy Freer, stated in his sworn notarized statement the reason he needed this writer, Felissa Davis to come in to work while out on Disability because he received a compliant of criminal activity regarding this writer and another employee, Timothy Shaughnessy of Health Home employee. According to Vicki Landes Director testimony submitted by their attorneys, I had been harassing this employee since December of 2015. I reported to work until my Disability Date on or about January 26, 2016, April 4 Through April 8th and June 24 until 28th and no verbal mention of these events.

I reported to work on April 8, 2016 and was pulled into a spontaneous meeting with Timothy Freer, Director of Human Resources, Vicki Landes, Director of Health Home and Cate Velezy, supervisor of Health Home and they failed to mention these incidents at that time. I, Felissa Davis, attest that I never received, verbally, written correspondences, and emails regarding any violation of Niagara Falls Memorial Medical Center employee's policies. This writer was never given any summons or written alleged violations from the Director of Security.  If these events took place these individuals are in violation of their own company policies. I have included the copies of their company policies for evidence and alleged emails they submitted to the NYS Division of Human Rights as reponses..

Timothy Freer, Director of Niagara Falls Memorial Center and Vicki Landes Director of Health Home needed an alibi to submit to The New York State Division of Human Rights. Timothy Shaughnessy agreed to assist in the conspiracy. In fact, Timothy Shaughnessy, stated I despised him because of his law enforcement status.  I attesting I knew nothing of his affiliation with United States Coast Guard as an Auxiliary Officer. The only information he provided to me was his past employment with a Probation Department in another county.  He submitted a false police report, falsified documents, impersonating a police officer/peace officer, attempting use his law enforcement status to compromise a court decision with fellow employees, submitted false documents to a State and Federal court proceedings. He also stated he spoke with Niagara Falls Police Department about the alleged incident and attempting to the falsify report from this Law enforcement agency, Niagara Falls Police Department.

I, Felissa Davis feel unsafe at this point I am not sure with these individuals are capable of. I request warrant arrests for Timothy Freer, Director of Niagara Falls Memorial Human Resources, Vicki Landes, Director of Health Home and Timothy Shaughnessy employee of Health Home. I would like an order of protection from all individuals especially Timothy

Shaughnessy, due to his bragging of experiences with utilizing his gun during his brief stint as a Probation Officer. He presents a clear and present danger to this writer and community at large. These individuals are located at Niagara Falls Memorial Medical Center Daily, Monday thru Friday.

## Notarized affirmation

I declare under penalty of perjury under the laws of the State of  New York  that I have read and understand the information contained in this affidavit and that my responses and any accompanying attachments are true and correct.

An affidavit is a voluntary, sworn written statement.

The name of the affiant, the person giving the statement, must be mentioned in the affidavit and the affiant is required to sign the affidavit in the notary's presence.

An Affidavit would look something like this:

State of ~~New York~~ ) )SS: County of _Erie_ )

Before me, the undersigned notary public, this day, personally, appeared _Felisa A Daves_ to me known, who being duly sworn according to law, deposes the following:

(Affiant's Statement)

_____ (Signature of Affiant)

Subscribed and sworn to before me this _5th_ day of _December_, 20_16_.

_LOUISE A. GABRYSZAK_ Notary Public

_Louise A Gabryszak_

My Commission Expires: _11/30/17_

LOUISE A. GABRYSZAK
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 30, 20_17_

# NIAGARA FALLS POLICE DEPARTMENT  SUMMARY INCIDENT REPORT

## REPORT NUMBER: 16-0021105



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTE |
|---|---|---|---|---|---|---|---|
| 138 | Harrassment | | SUPP | | 04/05/2016 10:00 AM | 04/05/2016 10:15 AM | 04/11/2016 09:38 PM |
| REPORT FILED FROM | | TRACKING NUMBER | LOCATION OF OCCURRENCE | | | | APPROVED BY: |
| 000 | | T16000368 | 825 10TH Street, 703, NIAGARA FALLS, NY | | | | SIL171440andi Arias |
| LOCATION TYPE | | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LO |
| Hospital | | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | Shaughnessy | Timothy | John | 000 | 000 | | | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | 000 | | 000 | | | | | | 000 |
| | EMAIL | | | RESIDENCE ADDRESS | | | | | HOME PHONE |
| | tsks07325@gmail.com | | | 000 | | | | | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS | | | | | WORK PHONE |
| | 000 | | | 000 | | | | | |

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | SUS | Davis | Felissa | | | 000 | | | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | | | | | | | | | |
| | EMAIL | | | RESIDENCE ADDRESS | | | | | HOME PHONE |
| | | | | 000 | | | | | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS | | | | | WORK PHONE |
| | | | | 000 | | | | | |

## NARRATIVE

On 4/5/16 Felissa Davis called this writer over to her desk as this writer was walking by. Felissa asked if this writer had ca her name out in the casino without stating when this had occurred ( reference to Seneca Niagara Casino). This writer den doing this and Felissa emphatically stated in a loud manner that she knew this writer had done this. Felissa started to poi her finger at this writer and this writer walked away. Prior to this incident on 12/24/15 Felissa interrupted a conversation between this writer and another co-worker in strong disagreement with this writer discussing calling the police about a disturbed person making a loud commotion and acting under the influence of narcotics/alcohol outside this writers home t previous night. Felissa stated to this writer I hate how you lie to get people in trouble. The matter on 4/5/16 that Felissa als was reported to the human resources department at NFMMC and this writer is concerned for his safety as Felissa appear unstable. At the very least a report is being filed should an incident be filed in the future by Felissa that is a continuation o harassment through the police department as a venue.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

22 CV 850-JLS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Felissa Davis

## DEFENDANTS
Niagara Falls Police

**(b)** County of Residence of First Listed Plaintiff  Niagara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Niagara
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

Nature of suit: 440 Other Civil Rights marked.

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ]Yes [ ]No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*  JUDGE _____  DOCKET NUMBER _____

DATE 11/7/2022  SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE JLS  MAG. JUDGE HKS

JS 44 Reverse (Rev. 04/21)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.